IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| vs. | ) No. CR 16-2150-TUC-CKJ (JR) |
| Raven Hendricks, | ) **ORDER** |
|     Defendant. | ) |

On May 8, 2017, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation (Doc. 50) in which she recommended the Motion to Suppress Evidence (Doc. 37) be denied. The Report and Recommendation notified the parties they had 14 days from the date of the Report and Recommendation to file any objections. No objections have been filed.

The standard of review that is applied to a magistrate judge's report and recommendation is dependent upon whether a party files objections – the Court need not review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Nonetheless, "while the statute does not require the judge to review an issue de novo if no

1 | objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the pending motion (Doc. 37), the response (Doc. 39), the transcript of the hearing (Doc. 47) before the magistrate judge, the related exhibits, and the Report and Recommendation (Doc. 50).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 50) is ADOPTED.
2. The Motion to Suppress Evidence (Doc. 37) is DENIED.

DATED this 6th day of June, 2017.

_____
Cindy K. Jorgenson
United States District Judge